■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISMAEL G. BARRAGAN, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Boklan, J.), rendered January 10, 1985.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9; *People v Kazepis,* 101 AD2d 816). Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.